1082

No. 97-7012. NARANJO v. UNITED STATES; and

No. 97-7105. WILLIAMS ET AL. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Reported below: 116 F. 3d 1498.

No. 97-7020. SOLIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97-7022. GRIFFIN-EL v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 97-7032. BALL v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 97-7041. STOKES v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 97-7046. JARVOUHEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97-7061. JOHNSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97-7100. WOODRUFF v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97-7101. BAILEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97-7102. POTTER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97-7103. PEVARNIK v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97-7109. MOORE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97-7111. WHITE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97-7119. SCHREINER v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 97-7120. CARO RODRIGUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97-7122. BLACK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.